IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAMAR MCCOY, (#243521) | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 12-0326-CG-B ) |
| WARDEN HETZEL, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court

**DONE and ORDERED** this 18th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE