IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAMAR MCCOY, (#243521) | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 12-0326-CG-B ) |
| WARDEN HETZEL, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that McCoy's petition for habeas corpus is **DISMISSED with prejudice** as time-barred, and that **JUDGMENT** is entered in favor of Respondent Warden Hetzel and against Petitioner Lamar McCoy.

The court further finds that no reasonable jurist could find it debatable whether McCoy's petition should be dismissed and as a result, he is not entitled to a certificate of appealability; therefore, any motion for a Certificate of Appealability or for permission to appeal in forma pauperis is **DENIED**.

**DONE and ORDERED** this 18th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE